UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>NATIONSRENT, INC., ET AL.,[1]<br><br>DEBTORS. | CASE NOS. 01-11628 THROUGH 01-11639 (PJW)<br>JOINTLY ADMINISTERED<br>CHAPTER: 11 |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE<br><br>PLAINTIFF,<br>V.<br>ALLMAND,<br><br>DEFENDANT. | ADV. NO. 03-59677<br><br>CIVIL ACTION NO. 04-CV-989 (KAJ) |

## NOTICE OF DISMISSAL

Nationsrent Unsecured Creditor's Liquidating Trust, Perry Mandarino, Not Personally, But as Trustee, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Dated: March 9, 2005
       Wilmington, Delaware

/s/ M. Augustine
Neil B. Glassman (ID 2087)
Ashley B. Stitzer (ID 3891)
Mary E. Augustine (ID 4477)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, PERRY MANDARINO, NOT PERSONALLY, BUT AS TRUSTEE

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

579018v1
547322-1